COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Bernard Lindes Knobloch, Jr.
Attorney at Law
P. O. Box 94245
Baton Rouge LA 70804

**REHEARING ACTION: December 19, 2012**

**Docket Number: 12   00564-CA**

**STATE OF LOUISIANA, DOTD
VERSUS
TRIANGLE PROPERTY, LLC, ET AL.**

**Appealed from Catahoula Parish Case No. 25,273**

**<u>BEFORE JUDGES</u>:**

Hon. Jimmie C. Peters
Hon. James T. Genovese
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, DOTD** has this day been

**DENIED.**

cc: Virgil Russell Purvis, Jr., Counsel for the Appellee
    Josiah William Seibert, III, Counsel for the Appellee
    Donald Wilson, Counsel for the Appellee